JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MORENO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　　　Defendants. | ED CV13-01505-GAF (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court dismissing the dismissing Second Amended Complaint,

IT IS ADJUDGED that the Second Amended Complaint is dismissed without prejudice.

DATED: July 29, 2014

_____
GARY A. FEES
UNITED STATES DISTRICT JUDGE

**JS-6**